# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-00-00804-CR
### NO. 03-00-00805-CR

**Robert Leonard Dodson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 19,461-CR & 19,562-CR, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

In both of these causes, appellant Robert Leonard Dodson was placed on deferred adjudication community supervision after he pleaded guilty to aggravated sexual assault of a child. *See* Tex. Pen. Code Ann. § 22.021 (West Supp. 2001). The court later revoked supervision, adjudged appellant guilty, and imposed fifteen-year prison sentences.

Appellant's sole point of error is that the district court abused its discretion in finding that he violated the terms and conditions of supervision. This contention presents nothing for review, as no appeal may be taken from the determination to proceed to adjudication. Tex. Code Crim. Proc. Ann. art. 42.12, § 5(b) (West Supp. 2001). The trial court's decision to proceed with an adjudication of guilt is one of absolute discretion and is not reviewable by an appellate court. *Williams v. State*, 592 S.W.2d 931, 932-33 (Tex. Crim. App. 1979). We therefore overrule appellant's contention.

In his brief to this Court, appellant asserts that he is a victim of a feud between the prosecutor and the district court. Whatever the merit of these allegations, they should be raised by way of post-conviction habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2001).

The judgments of conviction are affirmed.

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Affirmed

Filed: October 11, 2001

Do Not Publish

2